USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/21/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION :
: 12 cv 3824 (PGG)
                       Plaintiff, :
: **STIPULATION AND ORDER**
    –against– : **EXTENDING TIME TO**
: **RESPOND TO COMPLAINT**
CHINA NATURAL GAS, INC. and QINAN JI, :
:
                      Defendants. :
-----------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** by the undersigned attorneys that, to allow the parties additional time to pursue serious settlement negotiations to achieve a resolution of this matter, the time for defendant CHINA NATURAL GAS, INC. to answer, move or otherwise respond to the complaint in this action is hereby extended from September 28, 2012 up to and including October 29, 2012. The Court previously granted one such extension. No other scheduled dates would be affected by this extension. Both parties agree to the extension.

Dated: New York, New York
        September 20, 2012

                                                COZEN O'CONNOR

By: _____      By: _____
    David J. Van Havermaat              Jill L. Mandell
5670 Wilshire Boulevard, 11th Floor     45 Broadway
Los Angeles, CA 90036                    New York, NY 10006
(323) 965-3998                                 (212) 883-4953
vanhavermaatd@sec.gov                jmandell@cozen.com
*Attorneys for Plaintiff*                    *Attorneys for Defendant*
*Securities and Exchange Commission*    *China Natural Gas, Inc.*

                                          SO ORDERED:

                                          _____ Sept. 21, 2012
                                                U.S.D.J

NEWYORK_DOWNTOWN\249094911